# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    v.<br><br>Julian Singh,<br><br>                              Defendant. | REENTRY COURT PROGRAM<br><br>FINDINGS AND RECOMMENDATION AND ORDER FOR REENTRY COURT JAIL SANCTION<br><br>Docket Number:   0972 1:22CR00205-001 |

On February 7, 2023, the defendant was accepted as a participant in the Reentry Court Program. The defendant has been found in violation of the conditions of his Supervised Release for Unlawful Use of a Controlled Substance. The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

It is therefore recommended that the defendant serve 2 days imprisonment, to commence on July 7, 2023 and ending on July 9, 2023.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

July 6, 2023
Date

The Honorable Christopher D. Baker
U.S. Magistrate Judge

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 2 days imprisonment, to commence on July 7, 2023 and end with release at 5:00 p.m. on July 9, 2023. The defendant is ordered to self-surrender to the United States Marshal no later than 3:00 p.m. on July 7, 2023.

July 6, 2023
Date

The Honorable Jennifer L. Thurston
U.S. District Judge

(PACTS# 7484753)