HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIAN SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00205-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DETENTION HEARING; ORDER** |
| vs. | Date: August 10, 2023 |
| JULIAN SINGH, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Katrina Brownson, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Julian Singh, that the Court may continue the detention hearing currently scheduled for August 3, 2023, to August 10, 2023, at 2:00 p.m.

Mr. Singh made his initial appearance on July 28, 2023, during which the Court set a detention hearing for August 3, 2023. Given the nature of the allegations, defense counsel intends to propose that the Court release Mr. Singh to an inpatient drug treatment program. Defense counsel requires additional time to locate a suitable program. Accordingly, the parties request that the Court continue the detention hearing until August 10, 2023, at 2:00 p.m. The requested date is four days beyond the five-day limit prescribed in 18 U.S.C. § 3142(f). The parties request that the Court make a finding of good cause, based on defense counsel's need to consult with her client and conduct necessary investigation.

Additionally, at the August 10, 2023, hearing, the defense will advise the Court of whether Mr. Singh intends to exercise his right to a preliminary hearing.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 1, 2023

*/s/ Katrina Brownson*
KATRINA BROWNSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 1, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JULIAN SINGH

# O R D E R

**IT IS SO ORDERED.** The detention hearing currently scheduled for August 3, 2023, at 2:00 p.m. is hereby continued to August 10, 2023, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **August 1, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE