HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIAN SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00205-JLT |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE; ORDER** |
| vs. | |
| JULIAN SINGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Katrina Brownson, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Julian Singh, that the Court may vacate the status conference currently scheduled for September 12, 2023, at 2:00 p.m.

On July 28, 2023, Mr. Singh was arrested on a warrant issued in relation to a petition for violation of supervised release. *See* ECF #13. The Court later released Mr. Singh on conditions. *See* ECF #17, 18. On or about August 13, 2023, Mr. Singh was arrested in Bakersfield, California, and charged in the Kern County Superior Court with five felony offenses, including possessing a firearm as a felon. Mr. Singh remains in custody on the state charges at the Lerdo Pre-Trial Facility.

Per United States Probation Officer Julie Martin, a superseding petition has been filed and a warrant issued in the instant case. As Mr. Singh is currently in state custody and will be

arrested on the federal warrant once he is released from state custody, the parties agree that it is unnecessary to have the September 12, 2023, status conference. Accordingly, the parties jointly request that the Court vacate the hearing.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 30, 2023      */s/ Katrina Brownson*
KATRINA BROWNSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 30, 2023      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JULIAN SINGH

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for September 12, 2023, at 2:00 p.m. is hereby vacated.

Date: 8/30/2023      *Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge