PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIAN SINGH,<br><br>　　　　　　　Defendants. | CASE NO. 1:22-CR-205 JLT<br><br>MOTION FOR DIMISSAL OF PETITION |

　　　By leave of the Court, the United States hereby moves to dismiss the Petition for Warrant or Summons For Person Under Supervision filed in the above matter on August 14, 2023, without prejudice, in the interests of justice.

Dated: January 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ *ARIN C. HEINZ*
　　　　　　　　　　　　　　　　　　　　　ARIN C. HEINZ
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

///
///
///
///
///
///
///

1

**FINDINGS AND ORDER**

The Court hereby grants the United States' Motion to Dismiss the Petition for Warrant or Summons For Person Under Supervision filed in 1:22-CR-205 on August 14, 2023.

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **January 16, 2024**

_____
UNITED STATES DISTRICT JUDGE