HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIAN SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00205-JLT-1 |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | |
| JULIAN SINGH, | |
| Defendant. | |

By separate order, this Court has granted the government's motion to dismiss the pending Petition for Warrant or Summons for Person Under Supervision. Accordingly, the Court hereby orders that defendant Julian Singh shall be immediately released.

IT IS SO ORDERED.

Dated:  **January 16, 2024**

_____
UNITED STATES DISTRICT JUDGE