HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JULIAN SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN SINGH,<br><br>Defendant. | Case No. 1:22-cr-00205-JLT-1<br><br>**ORDER FOR RELEASE** |

  IT IS HEREBY ORDERED that defendant Julian Singh (Central Valley Annex FID number 10800935; USMS number 58321-177) shall be immediately released. Mr. Singh was sentenced to time served on March 4, 2024.

IT IS SO ORDERED.

  Dated:   **March 4, 2024**

_____
UNITED STATES DISTRICT JUDGE